UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEONARD CLARK | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, THROUGH DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | NO. 17-833-BAJ-RLB |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on February 15, 2019.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD CLARK** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 17-833-BAJ-RLB** |
| **STATE OF LOUISIANA, THROUGH DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.** | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court *sua sponte* regarding Plaintiff's failure to serve the defendants Kim Baut and XYZ Bail Agency within the time limitations provided by Rule 4(m) of the Federal Rules of Civil Procedure.

Leonard Clark ("Plaintiff") initiated this civil rights action in the 19th Judicial District Court, East Baton Rouge Parish, Louisiana, naming as defendants Louisiana Department of Public Safety and Corrections ("LDPSC"), Kim Baut, and XYZ Bail Agency. (R. Doc. 1-2). LDPSC removed the action on October 4, 2017. (R. Doc. 1).

The record indicates that Kim Baut and XYZ Bail Agency have not been served.

Rule 4(m) of the Federal Rules of Civil Procedure provided that "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  The Rule further provides that the Court "must extend the time for service for an appropriate period" if the plaintiff is able to show good cause for his failure. *Id*.

On January 29, 2019, the Court issued an Order requiring Plaintiff to show cause, in writing, why his claims asserted against Kim Baut and XYZ Bail Agency should not be

dismissed because of his failure to serve these defendants within the time allowed by Rule 4(m) or otherwise allowed by the Court. (R. Doc. 26).  The Court provided Plaintiff with fourteen (14) days to file a written response to the Order.  The Court warned Plaintiff that failure to file a written response to the Order within the time allowed may result in the dismissal of his claims against Kim Baut and XYZ Bail Agency without further notice from the Court.

As of the date of this Report and Recommendation, Plaintiff has not shown cause, in writing, why his claims asserted against Kim Baut and XYZ Bail Agency should not be dismissed because of his failure to serve these defendants within the time allowed by Rule 4(m).

In light of the foregoing,

**IT IS RECOMMENDED** that Plaintiff's claims against defendants Kim Baut and XYZ Bail Agency be dismissed, without prejudice, for failure to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on February 15, 2019.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**