UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEONARD CLARK | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, THROUGH DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ET AL. | NO.: 17-833-BAJ-RLB |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 29)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court dismiss, without prejudice, Plaintiff's claims against Kim Baut and XYZ Bail Agency because Plaintiff has failed to serve them with process in accordance with Federal Rule of Civil Procedure 4(m). (Doc. 29).

The Report and Recommendation notified the parties that they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 29). No party objected. Having considered the United States Magistrate Judge's Show Cause Order (Doc. 26) and Report and Recommendation (Doc. 29), the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

Jury

1

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 29)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Kim Baut and XYZ Bail Agency are **DISMISSED** without prejudice for Plaintiff's failure to serve them with process in accordance with Federal Rule of Civil Procedure 4(m).

Baton Rouge, Louisiana, this 2nd day of April, 2019.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**